874

Esther Weiner et al., Respondents, v. Rusau Hotel Corp. et al., Appellants.—

No opinion. Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ., concur.

Theodore J. Zikos, Appellant, v. Catherine Zikos, Respondent.—

No opinion. Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ., concur.

(February 25, 1952.)

Isadore E. Black et al., Doing Business as Maryta Realty Corp., Appellants, v. General Wiper Supply Co., Inc., et al., Respondents.— Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [200 Misc. 516, affd. 200 Misc. 834.]

In the Matter of Franmor Realty Corp., Appellant, against J. Randall LeBoeuf, Jr., et al., Constituting the Board of Zoning Appeals of the Village of Old Westbury, Respondents.—

Present — Nolan, P. J., Carswell, Johnston, Wenzel and Schmidt, JJ. [See ante, p. 795.]

Helen A. McKeon, Appellant, v. City of New York et al., Respondents.—

Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

Leon Weiss et al., Plaintiffs, v. Harry Meyersburg, Defendant.—

Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ